AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | )
|---|---|
| Hensel Phelps Construction Co., a Delaware corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-cv-02495-KLM |
| Bond Safeguard Insurance Company | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bond Safeguard Insurance Company, c/o Corporation Service Company, 1560 Broadway, Suite 2090, Denver, Colorado 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jack D. Robinson, Spies, Powers & Robinson, P.C., 1660 Lincoln Street, Suite 2220, Denver, Colorado 80264

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/09/2014

s/J. Fox

*Signature of Clerk or Deputy Clerk*