IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

---

Courtroom Deputy: Laura Galera
Date: January 8, 2015

FTR - Reporter Deck - Courtroom C-204
Byron G. Rogers United States Courthouse

---

Civil Action No. 14-cv-02495-CMA-KLM

*Parties*:                                         *Counsel*:

Hensel Phelps Construction Co.,          Jack Robinson

      Plaintiff,

v.

Bond Safeguard Insurance Company,     Jerome Joseph
                                                        Matthew Ninneman

      Defendant.

---

### COURTROOM MINUTES

---

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:34 a.m.**
Court calls case. Appearance of counsel.

**ORDERED:** Motion for Leave to File Third-Party Complaint #[16] is GRANTED.  The Clerk of the Court is instructed to accept the Third-Party Complaint for filing.

Defendant shall serve the Third-Party Complaint on the Third-Party Defendant on or before **January 31, 2015.**

The Court notes a new Scheduling Conference will be set once a response has been filed to the Third-Party Complaint.

HEARING CONTINUED.
**Court in recess:     9:41 a.m.**
Total In-Court Time:     00:07