IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02495-CMA-KLM

**HENSEL PHELPS CONSTRUCTION CO.,** a Delaware corporation;

Plaintiff,

v.

**BOND SAFEGUARD INSURANCE COMPANY**, a South Dakota corporation,

Defendant/Third-Party Plaintiff

v.

**TRAINOR GLASS COMPANY**, an Illinois corporation,

Third-Party Defendant.

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

**SPIES, POWERS & ROBINSON, P.C.**

/s/ Jack D. Robinson

Jack D. Robinson
Chadwell Murley
1660 Lincoln Street, Suite 2220
Denver, Colorado  80264
Telephone: (303) 830-7090
Facsimile:  (303) 830-7089
*Attorneys for Plaintiff Hensel Phelps
Construction Company*


**GODIN & BAITY, LLC**

/s/ Jerome Joseph

Jerome Joseph, Esq.
Godin & Baity, LLC
621 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 572-3100
Fax: (303) 572-3400
*Attorney for Defendant Bond Safeguard Ins.
Co.*


**HALL & EVANS, LLC**

/s/ Paige K. Treptow

Paige K. Treptow
1001 Seventeenth Street, Suite 300
Denver, Colorado  80202
Telephone: (303) 628-3300
Facsimile:  (303) 628-3368
*Attorneys for Third-Party Defendant
Trainor Glass Co.*


**SO ORDERED**

Dated: July 24, 2015

Hon. Kristen L. Mix
United States Magistrate Judge