IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02495-CMA-KLM

HENSEL PHELPS CONSTRUCTION CO., a Delaware corporation,

    Plaintiff,

v.

BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation,

    Defendant/Third-Party Plaintiff,

v.

TRAINOR GLASS COMPANY, an Illinois corporation,

    Third-Party Defendant..

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Third-Party Defendant Trainor Glass Company's Unopposed Motion to Modify Case Management Order and Extend Deadline to Designate Non-Parties at Fault and Add Parties** [#46][1] (the "Motion"). In the Motion, Third-Party Defendant asks the Court to extend the deadline "to designate nonparties at fault or add parties until October 19, 2015." *Motion* [#46] at 3. The deadline to designate non-parties at fault is October 19, 2015, the date the Motion purports to seek extension to. *Sched. Order* [#43] § 9(b). As a result, to the extent the Motion asks the Court to extend the October 19, 2015 deadline to October 19, 2015, it is moot. To the extent the Motion requests extension of the deadline for joinder of parties, the Court grants the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED in part** and **DENIED as moot in part**. The Scheduling Order [#43] is amended to extend the following deadline:

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

- Deadline for Joinder of Parties          **October 19, 2015**

Dated:  September 8, 2015