IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02495-CMA-KLM

HENSEL PHELPS CONSTRUCTION CO., a Delaware corporation,

    Plaintiff,

v.

BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation,

    Defendant/Third-Party Plaintiff,

v.

TRAINOR GLASS COMPANY, an Illinois corporation,

    Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant/Third-Party Plaintiff's and Third-Party Defendant's **Unopposed Motion to Extend Certain Deadlines Under Scheduling Order** [#55][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The Scheduling Order [#43] is amended to extend the following deadlines:

| | |
|---|---|
| • Deadline for Joinder of Parties and Amendment of Pleadings | **January 15, 2016** |
| • Deadline for Designation of Non-Parties at Fault | **January 15, 2016** |
| • Affirmative Expert Disclosure Deadline | **March 18, 2016** |
| • Rebuttal Expert Disclosure Deadline | **April 19, 2016** |
| • Discovery Deadline | **June 10, 2016** |

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

- Dispositive Motions Deadline **July 1, 2016**

Dated: November 17, 2015