IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02495-CMA-KLM

HENSEL PHELPS CONSTRUCTION CO., a Delaware corporation,

    Plaintiff,

v.

BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation,

    Defendant/Third-Party Plaintiff,

v.

TRAINOR GLASS COMPANY, an Illinois corporation,

    Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant/Third-Party Plaintiff's **Unopposed Motion for Deeming the Date of Filing of Bond Safeguard Insurance Company's Designation of Non-Parties at Fault as January 15, 2016** [#66][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#66] is **GRANTED**. Because Defendant/Third-Party Plaintiff's initial Designation of Non-Parties at Fault [#62] was timely filed on January 15, 2016, but failed to comply with a technical filing requirement, the Court deems Defendant/Third-Party Plaintiff's replacement Designation of Non-Parties at Fault [#65], filed on January 21, 2016, as timely filed.

    Dated: January 28, 2016

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.